Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

WILLIAM JOE KNAPP
CLAIRIE BROOKER KNAPP

CASE NO: 12-10034-RLJ-13
HEARING DATE:  2/5/2014
HEARING TIME:   11:00am

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $290.00 per month beginning 3/4/2012. The total amount paid to the Trustee is $6,300.00 and the total amount in arrears is $370.00 through January 2014.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493**

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 2/5/2014 AT 11:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

WILLIAM JOE KNAPP & CLAIRIE BROOKER KNAPP 665 MCCARTNEY LANE  TYE TX 79563

Date:   1/6/2014                                               /s/ Walter O'Cheskey
                                                               _____
                                                               Walter O'Cheskey
                                                               Chapter 13 Trustee