

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2014**

**United States Bankruptcy Judge**

___

MTDX 0013.000728

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 12-10034-RLJ-13 |
| WILLIAM JOE KNAPP | DATED: March 26, 2014 |
| CLAIRIE BROOKER KNAPP | HEARING DATE: March 26, 2014 |
| | HEARING TIME: 11:00 AM |

___

**INTERLOCUTORY ORDER**
___

    Came to be considered the Trustee's Motion to Dismiss or the Trustee's Notice of Intent to Dismiss in the above styled and numbered case.

    The Court finds the case shall be dismissed without further notice to the Debtor(s), should the Debtor(s) fail to timely make any payment without an explanation acceptable to the Trustee and/or failure of the Debtor(s) to strictly comply with the following conditions:

    IF THE DEBTOR IS UNDER A WAGE ORDER, THE DEBTOR MUST REMAIN UNDER THE WAGE ORDER WHILE THE CASE IS PENDING. THE DEBTOR SHALL CURE ARREARS OF $ 80.00 BY MAKING 6 MONTHLY PAYMENTS DIRECTLY TO THE TRUSTEE OF $ 14.00 IN ADDITION TO REGULAR PLAN PAYMENTS BEGINNING MAY 2014. DEBTOR IS TO RESUME REGULAR MONTHLY PAYMENTS ON MAY 2014 AND THE 4 TH DAY OF EACH MONTH THEREAFTER.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED: Debtor(s) case shall not be dismissed provided debtors timely make all payments called for in the proposed or confirmed Chapter 13 plan and comply with the conditions set out above.

CASE NO: 12-10034-RLJ-13

Page two

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED: In the event the Debtor's fail to timely make any payment for which an explanation, satisfactory to the Trustee, in the Trustee's sole discretion, is not given, or if the above stated conditions, if any, is not strictly complied with, the Trustee shall submit a proposed "Order Dismissing Case Pursuant to Interlocutory Order", file a Final Report, and Disburse the funds on hand per 11 U.S.C. § 1326(a),

                                      # # # End of Order # # #

APPROVED:

/s/ Walter O'Cheskey  
Walter O'Cheskey, Chapter 13 Trustee

/s/ Phil Black  
PHIL BLACK ABILENE  
DEBTOR ATTORNEY